August 23, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

MARVINELL HARLAN, Appellant

NO. 14-16-00370-CV                              V.

TRAVELERS FLOOD INSURANCE, ROBERT DEAN, OWNER, DARRELL PYE, CINDY SEXTON OF DEAN AND DRAPER INSURANCE AGENCY, LP, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on February 11, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Marvinell Harlan.

We further order this decision certified below for observance.